NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENE S. GROVES,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7197

---

Appeal from the United States Court of Appeals for Veterans Claims in 06-1252, Judge William P. Greene, Jr.

---

**ON MOTION**

---

**O R D E R**

Gene S. Groves moves for leave to file his corrected informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted and the brief is accepted for filing.

(2) The Secretary should compute his brief due date from the date of this order.

FOR THE COURT

NOV 03 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gene S. Groves
    Kimberly I. Kennedy, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 03 2011

JAN HORBALY
· CLERK